# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2024

## NO. 03-22-00375-CV

**Ori White, in his Capacity as District Attorney for the 83rd Judicial District of Texas, Appellant**

**v.**

**Jerry Lynn Phillips, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## REVERSED AND RENDERED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on June 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing Phillips's suit against White for lack of subject-matter jurisdiction Phillips shall pay all costs relating to this appeal, both in this Court and in the court below.